**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-7500**

───────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

OWEN ODMAN, a/k/a Star,

                    Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Shelby.   Martin K. Reidinger,
District Judge.  (4:96-cr-00053-MR-1)

───────────

Submitted:  December 20, 2012      Decided:  December 27, 2012

───────────

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Owen Odman, Appellant Pro Se.   Richard Lee Edwards, Amy
Elizabeth Ray, Assistant United States Attorneys, Jill
Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY,
Asheville, North Carolina; Adam Christopher Morris, OFFICE OF
THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owen Odman appeals the district court's order granting his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Odman, No. 4:96-cr-00053-MR-1 (W.D.N.C. Aug. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court granted Odman's § 3582 motion, the reduction granted by the court did not reduce Odman's sentence to the full extent he requested.